UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:08-00258 |
| ) | JUDGE KEVIN H. SHARP |
| RAMELL BROWN WEBSTER ) | |

# O R D E R

The Defendant, Ramell Brown Webster, shall appear before the Court on **Monday, June 22, 2015, at 9:30 a.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE