UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-cr-00258 |
| | ) | |
| | ) | JUDGE SHARP |
| RAMELL BROWN WEBSTER | ) | |

MOTION TO WITHDRAW AS COUNSEL

Comes now the United States of America, by and through David Rivera, United States Attorney and through Stephanie N. Toussaint, Assistant United States Attorney, and moves the Court for permission to withdraw as counsel. In support of this motion, the undersigned submits that the above-captioned case is assigned to Byron M. Jones, Assistant United States Attorney.

Respectfully submitted,

DAVID RIVERA
United States Attorney


s/Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151